

Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL  60606

**Matthew F. Prewitt**
(312) 258.5583
mprewitt@schiffhardin.com

T 312.258.5500
F 312.258.5600

schiffhardin.com

July 9, 2018

**BY CM/ECF**

U.S. District Court Clerk
Western District of Texas, Austin Division
501 West 5th Street, Suite 100
Austin, TX 78701

Re: *Bunnett & Co., et al v. Frank Dores*;
Civil Action No. 1:15-cv-1104

Dear Clerk of the Court:

I will be on vacation from August 14 through August 16, 2018. As counsel for Plaintiffs, I ask that you not set any matters for hearing or trial during this period.

By copy of this letter, I am notifying all counsel of record and request they consider my unavailability prior to filing any motions or making any requests that would require a responsive pleading or attendance during this period.

Thank you for your consideration in this regard.

Very truly yours,

Matthew F. Prewitt
Schiff Hardin LLP

cc: All Counsel of Record